UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEREKET TEMESGEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MACY'S, INC.,<br><br>Defendant. | Civil Action No.: 1:24-cv-12237-LTS<br><br>Hon. Leo T. Sorokin |

**JOINT NOTICE OF SETTLEMENT**

The parties in the above-captioned matter hereby advise the Court that they have reached a settlement in principle and are in the process of effectuating that settlement. Plaintiff anticipates filing a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with the Court on or before May 21, 2025, which will allow the parties sufficient time to finalize and execute their settlement agreement and effectuate the terms of the same.

Accordingly, the parties respectfully request that the Court refrain from setting any further hearings or deadlines vis-à-vis the Motion for Judgment on the Pleadings (ECF No. 17).

[REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK, SIGNATURE PAGE TO FOLLOW]

Dated: April 21, 2025				Respectfully submitted,

					**BURSOR & FISHER, P.A.**

					By: */s/ Max S. Roberts*
						Max S. Roberts

					Max S. Roberts*
					1330 Avenue of the Americas
					New York, NY 10019
					Telephone: (646) 837-7150
					Facsimile: (212) 989-9163
					Email: mroberts@bursor.com

					**Pro Hac Vice*

					*Attorney for Plaintiff*


Dated:  April 21, 2025				 Respectfully submitted,

					**BARTON GILMAN LLP**

					By: */s/ Derek M. Gillis*
						Derek M. Gillis

					Edward D. Shoulkin (BBO No. 555483)
					Derek M. Gillis (BBO No. 684769)
					75 Federal Street, 9th Floor
					Boston, MA 02110
					Telephone: (617) 654-8200
					Facsimile: (617) 482-5350
					Email: eshoulkin@bglaw.com
						dgillis@bglaw.com

					**MACY'S, INC.**
					Aahren Rodriguez DePalma
					11477 Olde Cabin Road, Suite 400
					St. Louis, MO 63141
					Telephone: (314) 342-6454
					Email: aahren.depalma@macys.com

					*Attorneys for Defendant*