## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Bereket Temesgen

       Plaintiff(s),

   V.

CIVIL ACTION NO. 1:24-12237-LTS

Macy's Inc.

       Defendants(s).

## SETTLEMENT ORDER OF DISMISSAL

Sorokin, D. J.

The Court having been advised on _____4/21/2025_____ that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

4/22/2025  
Date

/s/ Flaviana de Oliveira  
Deputy Clerk